<u>UNITED STATES DISTRICT COURT</u>
<u>MIDDLE DISTRICT OF FLORIDA</u>
<u>TAMPA DIVISION</u>

CASE NO.: 8:12-cv-690-T-26-EAJ
L.T. CASE NO.: 2010 CA 008588 NC

ELIZABETH H. COURSEN,

      Plaintiff,

v.

JPMORGAN CHASE & CO., a foreign
corporation, *et al*.

      Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL**
**DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT,**
**<u>PLAINTIFF'S RESPONSE, AND SUPPORTING DOCUMENTS</u>**

Pursuant to M.D. Fla. Local Rule. 1.09, Defendants Fidelity National Financial, Inc.,

Fidelity National Information Services, Inc., Lender Processing Services, Inc., LPS Default

Solutions, Inc., and Dory Goebel ("Defendants") respectfully move this honorable Court for an

Order granting Defendants' Motion to File Under Seal Defendants' Motions for Summary

Judgment, any Response thereto filed by Plaintiff, and any Supporting Documents containing

Confidential Information.  In support of their motion, Defendants state as follows:

1.     Defendants intend three Motions for Summary Judgment to be filed by:  (a) LPS

Default Solutions, Inc.[1] and Dory Goebel; (b) Fidelity National Financial, Inc. and Fidelity

National Information Services, Inc.; and (c) Lender Processing Services, Inc.  These Motions for

Summary Judgment, along with their Supporting Documents, quote, cite and include materials

_____

[1] References to LPS Default Solutions, Inc. also pertain to all predecessors in interest, including Fidelity National
Foreclosure and Bankruptcy Solutions.

designated as confidential pursuant to the March 14, 2013 Protective Order Governing Production and Exchange of Confidential Information (the "Protective Order") [D.E. 126], and per the provisions of the Protective Order must therefore be filed under seal. The Protective Order is attached hereto as Exhibit A.

2.      Specifically, the Motions for Summary Judgment quote, cite and include confidential deposition testimony, as well as confidential information contained in the Declarations of Defendants' representatives.  The Supporting Documents, including the Statement of Facts and Declarations in support of the Motions for Summary Judgment, cite and include confidential material as governed by the Protective Order. *See* Ex. A.  It is anticipated that any Response to the Motions for Summary Judgment will also quote, cite, and include Confidential Information.

3.      Thus, the Motions for Summary Judgment and Supporting Documents include confidential and proprietary information and trade secrets, which, if made generally available to the public, would be competitively damaging to Defendants business operations.  To the extent that any Response includes confidential and proprietary information and trade secrets, these, too, would be competitively damaging to Defendants business operations.

4.      This Court has previously entered an Order [D.E. 90] Granting Defendant JP Morgan Chase's Motion to seal the deposition of Dory Goebel.  Ms. Goebel's testimony and some of the attached exhibits will be used and referenced in the Summary Judgment motions.

5.      Therefore, Defendants seek to have permanently maintained under seal each Motion for Summary Judgment filed by Defendants, any and all responses filed by Plaintiff in response to Defendants' Motions, and all Supporting Documents that contain Confidential Information.

## <u>MEMORANDUM OF LAW</u>

Courts routinely require confidential documents to be filed under seal. *See, e.g*., Fed. R. Civ. P. 26(c); *see also Pfeiffer v. Kmart Corp*., 106 F.R.D. 235 (S.D. Fla. 1985) (entering order that confidential information, even when used in depositions, hearings or trial, will not be available to public). In protection of trade secrets, it has long been recognized that the district courts have broad discretion. *See, e.g., Walker Systems, Inc. v. Hubbell Inc*., 188 F.R.D 428 (S.D. W Va 1999).

Here, the parties have stipulated that information cited in the Declarations and Statement of Facts are to be given confidential treatment because they include confidential and proprietary information and trade secrets, as reflected in this Court's Protective Order.  Because the Motions for Summary Judgment quotes, cites and includes this Confidential Information, the Motions themselves must also be filed under seal.  Moreover, because it is anticipated that Plaintiff's response to the Motions for Summary Judgment will also quote, cite and include Confidential Information, any response filed to any Motion for Summary Judgment filed by Defendants must also be filed under seal.

**WHEREFORE**, Defendants Fidelity National Financial, Inc., Fidelity National Information Services, Inc., Lender Processing Services, Inc., LPS Default Solutions, Inc., and Dory Goebel respectfully request an Order from this Court directing the Clerk to place under seal permanently Defendants' Motions for Summary Judgment, and Plaintiff's responses thereto, along with Supporting Documents that contain Confidential Information.

Counsel has conferred with opposing counsel pursuant to M.D. Fla. Local Rule 3.01 (g), who does not oppose this Motion and has agreed to file any response under seal to the extent it

contains Confidential Information.  Counsel has also conferred with counsel for its co-defendant, Shapiro Fishman & Gache, LLP, who similarly does not oppose this Motion.

Respectfully submitted,

BERGER SINGERMAN
*Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Information Services, Inc., Lender Processing Services, Inc., LPS Default Solutions, Inc., and Dory Goebel*
1450 Brickell Avenue
Suite 1900
Miami, FL  33131
Phone: (305) 755-9500
Facsimile: (305) 714-4340

By:    /s/ Celine A. Funk
      Mitchell W. Berger
      Florida Bar No.: 311340
      mberger@bergersingerman.com
      Michel O. Weisz
      Florida Bar No. 336939
      mweisz@bergersingerman.com
      Celine A. Funk
      Florida Bar No. 96648
      sfunk@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Celine A. Funk
      Celine A. Funk

## **<u>SERVICE LIST</u>**

Jacqulyn Mack, Esq.
The Mack Law Firm, Chartered
2022 Placida Road
Englewood, FL 34224-5304
*Counsel for plaintiff*
jacqulyn@macklawfirm.org
eservice1@macklawfirm.org
eservice2@macklawfirm.org

Michele A. Cavallaro, Esq.
Fidelity National Title Group
6600 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33309
*Co-counsel for Fidelity Nat'l Financial, Inc.*
Michele.cavallaro@fnf.com

Ronald M. Gache, Esq.
Shapiro Fishman & Gache, LLP
2424 N Federal Highway, Suite 360
Boca Raton, FL 33431
*Counsel for Shapiro Fishman & Gache, LLP*
rgache@logs.com

4928719-2