UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH H. COURSEN,

    Plaintiff,

v.                                                            CASE NO: 8:12-cv-690-T-26EAJ

JP MORGAN CHASE & CO., *et al.*,

    Defendants.
_____/

## O R D E R

The Court has been advised by the mediator in his Mediation Report filed at docket 136 that this case has been partially settled as to Plaintiff's claims against JP Morgan Chase & Company, JP Morgan Chase Bank, N.A., individually and as acquirer of certain assets of Washington Mutual Bank, N.A., and Federal National Mortgage Association. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED AND ADJUDGED** that this case is **dismissed without prejudice** as to these Defendants and subject to the right of the parties, within sixty days of the date of this order, to submit a stipulated form of final order or judgment should they so chose or for any party to move to reopen the action against these Defendants, *upon good cause shown*. After that 60-day period, however, dismissal against these Defendant shall be with prejudice. The clerk is directed to terminate these Defendants from pending status.

**DONE AND ORDERED** at Tampa, Florida, on June 3, 2013.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record