UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH H. COURSEN,

    Plaintiff,

v.                                              CASE NO: 8:12-cv-690-T-26EAJ

JP MORGAN CHASE & CO., *et al*.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Motion for Attorney's Fees and to Tax Costs (Dkt. 159) and the Motion for Attorneys' Fees (Dkt. 160) are denied without prejudice. This Court will not bifurcate the issues of entitlement to fees and, assuming entitlement, the amount of fees to be awarded. Defendants shall refile their motions for fees with regard to both entitlement and amount no later than July 29, 2013. Plaintiff shall file her responses within seventeen (17) days of service of the motions.

With respect to the issue of taxable costs, Defendants shall file the standard bill of costs approved by the Administrative Office of the Courts which appears on the Court's website no later than July 29, 2013. Plaintiff shall file her responses within seventeen (17) days of service of the bills of costs.

**DONE AND ORDERED** at Tampa, Florida, on July 15, 2013.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record