**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELIZABETH H. COURSEN,

    Plaintiff,

v.                                                   CASE NO: 8:12-cv-690-T-26EAJ

JP MORGAN CHASE & CO., *et al.*,

    Defendants.
_____/

## O R D E R

Upon due and careful consideration of the procedural history of this case, including the fact that Plaintiff has appealed several of the Court's orders favorable to certain Defendants to the Eleventh Circuit Court of Appeals, and in order to avoid the needless expenditure of judicial resources in the event the Eleventh Circuit reverses the orders under appeal, it is ordered and adjudged that the Court defers ruling on the motions for attorney's fees filed at dockets 164 and 166, as well as the proposed bill of costs filed at docket 165.  The Court will revisit the motions and proposed bill of costs in the event the Eleventh Circuit affirms the orders under review.

    **DONE AND ORDERED** at Tampa, Florida, on July 15, 2013.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record